UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 3:09CR129-1-FDW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| LUIS ZAPATA-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES OF AMERICA, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves the Court to grant leave to the United States to move to dismiss and further moves to dismiss the Indictment in the instant case as to DEFENDANT LUIS ZAPATA-HERNANDEZ.

THE COURT hereby GRANTS the MOTION to DISMISS and orders the dismissal of the Indictment as to Defendant LUIS ZAPATA-HERNANDEZ.[i]

This Order is NOT filed under seal.

Signed: November 18, 2016

Frank D. Whitney
Chief United States District Judge

---

[i] On April 27, 2011, the Court "administratively closed" this matter. While "administratively closing" the case removed this matter from the Court's calendar, it did not legally close the case. This ORDER, however, does legally close the case by dismissing the indictment.